UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In The Matter Of: | ) | Case No. 10-44090-705 |
| | ) | Chapter 7 |
| Robert Allan Kroupa | ) | |
| Sharon Rose Kroupa | ) | **MTN 20** |
| | ) | |
|    Debtors, | ) | |
| | ) | |
| U.S. Bank, N.A., or its Successors and Assigns | ) | **Hearing Date: October 27, 2010** |
| | ) | **Hearing Time: 9:30 AM** |
|    Movant, | ) | |
| | ) | **ORDER** |
| | ) | |

The Motion for Relief from the Automatic Stay, filed by U.S. Bank, N.A., or its Successors and Assigns called for hearing.

Upon consideration of the pleadings and the record as a whole, the Court finds and concludes that the Movant has a security interest in the following property:

> ALL OF LOT EIGHTY-ONE (81) OF MONTEREY ESTATES PLAT TWO, BEING PART OF US SURVEYS 1645 AND 389, TOWNSHIP 48 NORTH, RANGE 1 EAST, AS RECORDED IN PLAT BOOK 13 PAGE 45 OF THE LINCOLN COUNTY RECORDS.

The Court further finds and concludes that there is no equity in this property for the benefit of the bankruptcy estate; that Movant has not been afforded adequate protection for its interest and that said property is not necessary for an effective reorganization. It is therefore,

ORDERED, ADJUDGED AND DECREED that the stay provided for by Section 362 of Title 11, United States Code, is terminated to permit the Movant to foreclose its security interest in the herein described property and to pursue its remedies in accordance with the security agreement and state law including obtaining possession of the property after foreclosure.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant shall be permitted to communicate with the Debtors and Counsel for Debtors to the extent provided for under nonbankruptcy law.

IT IS FURTHER ORDERED that all further relief prayed for by Movant is hereby DENIED.

DATED: Oct 21, 2010
St. Louis, Missouri
mtc

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

COPIES TO:
Vernon D. Singer
Cynthia M. Woolverton
Attorneys for Movant
612 Spirit Drive
St. Louis, MO 63005

Neil Weintraub
1515 N. Warson, Suite 232
St. Louis, MO 63132

Debtors
151 Southfield Drive
Moscow Mills, MO 63362

Charles W. Riske
231 S. Bemiston, Suite 1220
St. Louis, MO 63105

Office of the U.S. Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th St., Suite 6353
St. Louis, MO 63102